914

No. 781, Misc. DANIEL *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 946, Misc. PRITCHETT *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se.* *Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 1013, Misc. BONEY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1111, Misc. KEETON *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. Petitioner *pro se.* *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 1322, Misc. GOMEZ *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, and *Raymond M. Momboisse* and *Daniel J. Kremer,* Deputy Attorneys General, for respondent.

No. 1337, Misc. THOMPSON *v.* THOMPSON ET AL. C. A. 3d Cir. Certiorari denied. *Jerome L. Markovitz* for petitioner. *Morris M. Wexler* for respondents.

No. 1370, Misc. FOSTER *v.* KENTUCKY. Ct. App. Ky. Certiorari denied. *David Kaplan* for petitioner. *Robert Matthews,* Attorney General of Kentucky, and *Harold T. Hotopp,* Assistant Attorney General, for respondent.